**No. 54054.**—Hensel, Bruckmann & Lorbacher, Inc. *v.* United States, protest 147535–K (New York).

Opinion by Ford, J.  In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

Before the Third Division, February 21, 1950

**No. 54055.**—National Silver Co. *v.* United States, petitions 6662–R and 6663–R (Los Angeles).

Opinion by Cline, J.  Although the importer did not make any inquiry from the shipper as to market values at the time of entry, the record disclosed nothing which would have caused a prudent man to question the correctness of the invoice values nor did it appear that any facts were concealed from the appraiser.  On the record presented it was held that the petitioner acted without intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise.  The petitions were therefore granted.

**No. 54056.**—Finck, Jones, Libby, Inc. *v.* United States, protest 119171–K (New York).

Opinion by Ekwall, J.  It was stipulated that the merchandise consists of carpets exported from Iran between the dates of December 21, 1939, and September 26, 1941, and that during said period the nearest rate certified by the Federal Reserve bank above the amount of United States currency per rial received by exporters of carpets from Iran was the rate for "First Category Goods," namely $.053475; that pursuant to T. D. 51892 this rate is now accepted by the collector as the correct rate for importations of carpets from Iran exported during the above-mentioned period; and that the issue herein is similar in all material respects to that involved in *John Barr* v. *United States* (324 U. S. 83) and *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142).  As to 25 carpets exported with benefit of drawback the protest was abandoned.  In accordance with stipulation and pursuant to the instructions contained in T. D. 51892, the collector was directed to reliquidate the entry, converting the currency of the invoice, Iranian rials, to United States dollars at the rate of $.053475 as to all items, except the 25 carpets exported with benefit of drawback.  With the exception noted, the protest was sustained.  ·